NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN BERRY, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT,**
*Petitioner,*

v.

**RHONDA K. CONYERS AND DEVON HAUGHTON NORTHOVER,**
*Respondents,*

AND

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3207

---

Petition for Review of the Merit Systems Protection Board in consolidated case nos. CH0752090925-R-1 and AT0752100184-R-1.

---

ON MOTION

---

ORDER

Rhonda K. Conyers, Devon Haughton Northover, and the Merit Systems Protection Board move without

opposition for an extension of time, until January 20, 2012, to file their responsive briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted. The revised official caption is reflected above.

FOR THE COURT

DEC 1 4 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Abby C. Wright, Esq.
Andres M. Grajales, Esq.
Jeffrey A. Gauger, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2011

JAN HORBALY
CLERK